DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN FALK,**
Appellant,

v.

**JACQUELINE GRAY RYDER** f/k/a **JACQUELINE GRAY FALK,**
Appellee.

No. 4D22-2602

[May 18, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 31-2019-DR-000514.

Aaron V. Johnson of Collins, Brown, Barkett, Chartered, Vero Beach, for appellant.

Jessica M. Vanvalkenburgh of McCarthy, Summers, Wood, Norma, Melby & Schultz, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***